**E-FILED**
Thursday, 21 April, 2011  08:22:40 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| LAVAUGHN O. MILLER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.  11-cv-1136 |
| LEE RYKER, *Warden*, | ) ) ) |
| Respondent. | ) ) ) |

## O P I N I O N  &  O R D E R

Before the Court is Petitioner LaVaughn O. Miller's Motion to Open Discovery (Doc. 8), filed on April 15, 2011.  On April 1, 2011, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). On April 6, 2011, the Court ordered that a copy of the Petition be served upon Respondent, and that Respondent file an answer or other response within 60 days.  (Doc. 5). Additionally, the Court ordered that Respondent comply with Rule 5 of the Rules Governing § 2254 Proceedings, which entails the filing of relevant transcripts from the Petitioner's state court proceedings.  (Doc. 5 at 4).  Finally, the Court denied Petitioner's request to open discovery at this time, stating that it would reconsider this opinion after the answer or other response had been filed.

Petitioner has now asked the Court, for a second time, to open discovery prior to the filing of Respondent's answer or other response.  The Court again DENIES this Motion.  As previously stated, the Court will reconsider whether good cause for discovery exists after Respondent has filed its answer or other response.  Petitioner

is instructed to refrain from filing any similar motions with the Court until such time. Further, Petitioner is reminded that he must pay the $5.00 filing fee by May 4, 2011, or his Petition will be dismissed. IT IS SO ORDERED.


Entered this 20th day of April, 2011.

                                                      s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                    United States Senior District Judge